UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDIP KUMAR TANDEL;
FRANCIE MOELLER; and
JEAN RIKER,

                                       NO. Civ.S-10-3027 LKK/KJN

        Plaintiffs,

   v.                      **ORDER RE DISPOSAL**
                               **DOCUMENTS AFTER**
KINGS ARCO ARENA LIMITED      **NOTIFICATION OF SETTLEMENT**
PARTNERSHIP, et al.,

        Defendants.
_____/

    The parties have filed a Notice of Settlement in the above-captioned case.  The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u> <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

////

1

1 | CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2 |     IT IS SO ORDERED.

3 |     DATED:  May 23, 2012.

4 |

5 |

6 |                         LAWRENCE K. KARLTON
7 |                         SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |