Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 855-8235
Facsimile: (888) 210-8868

Attorney for Plaintiffs

BRUCE A. SCHEIDT, State Bar No. 155088
RONALD J. SCHOLAR, State Bar No. 187948
CHRISTOPHER ONSTOTT, State Bar No. 225968
JENNIFER G. V. ESPANOL, State BarNo. 274176
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIP KUMAR TANDEL; FRANCIE MOELLER; and JEAN RIKER,<br><br>    Plaintiffs,<br><br>v.<br><br>KINGS ARCO ARENA LIMITED PARTNERSHIP; CITY OF SACRAMENTO; ROYAL KINGS ARENA LIMITED PARTNERSHIP; MALOOF ARENA, INC.; MALOOF SPORTS & ENTERTAINMENT, LLC; JOE MALOOF; PHIL MALOOF; GEORGE J. MALOOF, JR.; ADRIENNE MALOOF-NASSIF; ROBIN E. HERNREICH; GAVIN MALOOF DOES 1 through 50, Inclusive,<br><br>    Defendants.                                      / | CASE NO. 2:10−CV−03027−LKK−KJN<br>Civil Rights<br><br>**STIPULATED DISMISSAL AND ORDER** |

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Stipulated Dismissal and Order::
Case No. 2:10-CV-0303927-LKK-KJN
1001686.1 12170.010

IT IS HEREBY STIPULATED, Pursuant to Federal Rules of Civil Procedure, Rule 41(a), Plaintiffs SANDIP KUMAR TANDEL, FRANCIE MOELLER, JEAN RIKER (collectively, "Plaintiffs") and Defendants, KINGS ARENA LIMITED PARTNERSHIP (formerly KINGS ARCO ARENA LIMITED PARTNERSHIP); CITY OF SACRAMENTO, ROYAL KINGS ARENA LIMITED PARTNERSHIP; MALOOF ARENA, INC., MALOOF SPORTS & ENTERTAINMENT, LLC; JOE MALOOF; PHIL MALOOF; GEORGE J. MALOOF, JR.; ADRIENNE MALOOF-NASSIF; ROBIN E. HERNREICH, AND GAVIN MALOOF, (collectively, "Defendants") through their attorneys of record, hereby jointly request and stipulate to dismissal of the entire action, with prejudice, all parties to bear their own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: June 18, 2012         TIMOTHY S. THIMESCH
                             THIMESCH LAW OFFICE


                             /s/ Authorized Signed
                             Attorneys for Plaintiffs

Dated: June 15, 2012         CHRISTOPHER ONSTOTT
                             KRONICK, MOSKOVITZ, TIEDEMANN &
                             GIRARD


                             /s/ Authorized Signed
                             Attorneys for Defendants

                             ORDER

IT IS SO ORDERED.

Dated:   June 25, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Stipulated Dismissal and Order::
Case No. 2:10-CV-0303927-LKK-KJN
1001686.1 12170.010

2.