1  **Thimesch Law Offices**
   TIMOTHY S. THIMESCH, Esq. (No. 148213)
2  158 Hilltop Crescent
   Walnut Creek, CA 94576-3452
3  Direct: (925) 855-8235
   Facsimile: (888) 210-8868
4
   Attorney for Plaintiffs
5
   BRUCE A. SCHEIDT, State Bar No. 155088
6  RONALD J. SCHOLAR, State Bar No. 187948
   CHRISTOPHER ONSTOTT, State Bar No. 225968
7  JENNIFER G. V. ESPANOL, State BarNo. 274176
   KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
8  400 Capitol Mall, 27th Floor
   Sacramento, CA 95814
9
10 Attorneys for Defendants

11                    UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
12

13

14 SANDIP KUMAR TANDEL; FRANCIE            CASE NO. 2:10−CV−03027−LKK−KJN
   MOELLER; and JEAN RIKER,                Civil Rights
15
              Plaintiffs,
                                           **STIPULATED DISMISSAL AND ORDER**
16
   v.
17
   KINGS ARCO ARENA LIMITED
18 PARTNERSHIP; CITY OF SACRAMENTO;
   ROYAL KINGS ARENA LIMITED
19 PARTNERSHIP; MALOOF ARENA, INC.;
   MALOOF SPORTS & ENTERTAINMENT, LLC;
20 JOE MALOOF; PHIL MALOOF; GEORGE J.
   MALOOF, JR.; ADRIENNE MALOOF-NASSIF;
21 ROBIN E. HERNREICH; GAVIN MALOOF
   DOES 1 through 50, Inclusive,
22
              Defendants.                  /
23

24

25

26

27

28

---

Stipulated Dismissal and Order::
Case No. 2:10-CV-0303927-LKK-KJN
1001686.1 12170.010

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

IT IS HEREBY STIPULATED, Pursuant to Federal Rules of Civil Procedure, Rule 41(a), Plaintiffs SANDIP KUMAR TANDEL, FRANCIE MOELLER, JEAN RIKER (collectively, "Plaintiffs") and Defendants, KINGS ARENA LIMITED PARTNERSHIP (formerly KINGS ARCO ARENA LIMITED PARTNERSHIP); CITY OF SACRAMENTO, ROYAL KINGS ARENA LIMITED PARTNERSHIP; MALOOF ARENA, INC., MALOOF SPORTS & ENTERTAINMENT, LLC; JOE MALOOF; PHIL MALOOF; GEORGE J. MALOOF, JR.; ADRIENNE MALOOF-NASSIF; ROBIN E. HERNREICH, AND GAVIN MALOOF, (collectively, "Defendants") through their attorneys of record, hereby jointly request and stipulate to dismissal of the entire action, with prejudice, all parties to bear their own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: June 18 , 2012        TIMOTHY S. THIMESCH
                             THIMESCH LAW OFFICE


                             /s/ Authorized Signed
                             Attorneys for Plaintiffs

Dated: June 15, 2012         CHRISTOPHER ONSTOTT
                             KRONICK, MOSKOVITZ, TIEDEMANN &
                             GIRARD


                             /s/ Authorized Signed
                             Attorneys for Defendants

                             ORDER

IT IS SO ORDERED.

Dated:   June 25, 2012.


                             _____
                             LAWRENCE K. KARLTON
                             SENIOR JUDGE
                             UNITED STATES DISTRICT COURT

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Stipulated Dismissal and Order::
Case No. 2:10-CV-0303927-LKK-KJN
1001686.1 12170.010